UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ROBERT EDWARD MALONEY, JR.                     Civil No. 23-532 (JRT/TNL)

      Plaintiff,

v.                                                                                    **ORDER**

MEND CORRECTIONAL CARE, et al.,

      Defendants.

---

Robert Edward Maloney, Jr, Reg. No. 12030-041, USP Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 10, 2023 (ECF No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 31, 2023          s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                           United States District Judge